**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **MILTON WILLIAMS,** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | No. 3:16-CV-0151-D |
| ) | |
| **JACK CURTIS,** *et al.***,** ) | |
|     **Defendants.** ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. By separate judgment, plaintiff's action is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED**.

March 13, 2017.

                                                */s/ Sidney A. Fitzwater*
                                               SIDNEY A. FITZWATER
                                               UNITED STATES DISTRICT JUDGE